TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiffs,*
*Bill and Shirley Ann Miller*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bill Miller and Shirley Ann Miller, | Case No.: |
| Plaintiffs, | |
| vs. | **COMPLAINT** |
| Resurgent Capital Services, L.P., a foreign limited partnership, | **JURY TRIAL DEMAND** |
| Defendant. | |

NOW COME THE PLAINTIFFS, BILL MILLER AND SHIRLEY ANN MILLER, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for their Complaint against the Defendant, plead as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Phoenix, Maricopa County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

4. Plaintiffs are natural persons residing in the city of Phoenix, in Maricopa County, Arizona.

5. The Defendant to this lawsuit is Resurgent Capital Services, L.P., which is a foreign limited partnership that maintains a registered agent in Maricopa County, Arizona.

## **GENERAL ALLEGATIONS**

6. Defendant is attempting to collect a consumer type debt allegedly owed by Plaintiff, Shirley Ann Miller, to Cach, LLC in the amount of $17,532.13 ("the alleged Debt").

7. Plaintiff originally obtained the loan from Capital One to purchase windows for her home.

8. Several years ago, Mrs. Miller fell behind on her payments to Capital One.

9. In February 2015, Mrs. Miller set up a payment plan with the Law Office of Joe Pezzuto, LLC, for $100 per month to pay off the alleged Debt.

10. On or about August 15, 2017, Mrs. Miller received a letter from Defendant, stating that because of the age of the alleged Debt, Cach, LLC will not sue her to collect, and that Cach, LLC will not report the alleged Debt to any credit reporting agency. Defendant further states that, effective 07/27/2017, Cach, LLC, has placed her account with Defendant for collection.

11. On August 31, 2017, at 7:03 am, Mr. and Mrs. Miller received a call from Defendant on their home phone, attempting to collect the alleged Debt in violation of the FDCPA.

12. On September 18, 2017, at 7:09 am, Mr. and Mrs. Miller received another call from Defendant on their home phone, attempting to collect the alleged Debt in violation of the FDCPA.

13. Mr. and Mrs. Miller have suffered emotional and pecuniary damages as a result of Defendant's actions.

## COUNT I-VIOLATION OF
## THE FAIR DEBT COLLECTION PRACTICES ACT

14. Plaintiffs reincorporate the preceding allegations by reference.

15. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

16. Plaintiffs are "consumers" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

17. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

18. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692d by engaging in any conduct the natural consequence which is to harass, oppress, or abuse any person in connection with the collection of a debt.  Defendant violated this provision of the FDCPA by contacting Plaintiffs before 8:00 a.m. at the Plaintiffs' location;

   b. 15 U.S.C. §1692c(a)(1) by contacting a consumer at any unusual time which should have been known to be inconvenient to the consumer.

Defendant violated this provision of the FDCPA by contacting Plaintiffs before 8:00 a.m. at the Plaintiffs' location.

19. The Plaintiffs have suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant them a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## **DEMAND FOR JUDGMENT RELIEF**

Accordingly, Plaintiffs request that the Court grant them the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Costs and attorneys' fees.

## **JURY DEMAND**

Plaintiffs hereby demand a trial by Jury.

DATED:  September 29, 2017              KENT LAW OFFICES

                                        By: _/s/  Trinette G. Kent_
                                        Trinette G. Kent
                                        Attorneys for Plaintiffs,
                                        Bill Miller and Shirley Ann Miller

5