TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiffs,*
*Bill and Shirley Ann Miller*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bill Miller and Shirley Ann Miller, <br><br> Plaintiffs, <br> vs. <br><br> Resurgent Capital Services, L.P., <br><br> Defendant. | Case No.:  2:17-cv-03354-JJT <br><br> **NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Resurgent Capital Services, L.P., in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Resurgent Capital Services, L.P., pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RESPECTFULLY SUBMITTED this 24th day of October, 2017.

                                  KENT LAW OFFICES

                                  By:  */s/  Trinette G. Kent*
                                  Trinette G. Kent
                                  Attorney for Plaintiffs,
                                  Bill Miller and Shirley Ann Miller