TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiffs,*
*Bill and Shirley Ann Miller*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bill Miller and Shirley Ann Miller,<br><br>         Plaintiffs,<br>   vs.<br><br>Resurgent Capital Services, L.P.,<br><br>         Defendant. | Case No.:  2:17-cv-03354-JJT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, through counsel undersigned, hereby dismisses the within action against Resurgent Capital Services, L.P., with prejudice and without costs to either party.

1

|   |   |
|---|---|
| 1 | KENT LAW OFFICES |
| 2 | |
| 3 | DATED: November 13, 2017 |
| 4 | By: */s/ Trinette G. Kent*<br>Trinette G. Kent |
| 5 | Attorneys for Plaintiffs, |
| 6 | Bill Miller and Shirley Ann Miller |